AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

FILED
OCT 1 5 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| Victor Daniel HERNANDEZ-Velasquez | ) Case No. DR-19-8916M-01 |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 11, 2019__ in the county of __Val Verde__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S. Code § 1324(a)(1)(A)(v)(I) & (B)(i) | Knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to transport three undocumented illegal aliens by means of a vehicle within the Western District of Texas in knowing or reckless disregard of the fact that said alien had come to, entered, or remained in the United States in violation of law, and transported or moved said alien within the United States by means of a vehicle or otherwise. |

This criminal complaint is based on these facts:
See Attachment "A"

☑ Continued on the attached sheet.

_____
Complainant's signature
Allan Cannon, HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: __10/15/2019__

_____
Judge's signature
Victor Garcia, U.S. Magistrate Judge
Printed name and title

City and state: __Del Rio, Texas__

**Attachment "A"**

On October 11, 2019, United States Customs and Border Protection/Office of Border Patrol (CBP/OBP) agents were conducting immigration inspections at T-501 tactical checkpoint near Del Rio, Texas on TX FM 2523 when they observed a white GMC Sierra briefly approach the checkpoint. The vehicle then made a sudden U-turn, prior to entering primary inspection, and quickly drove away.

CBP/OBP agents attempted to follow the vehicle when it came to a sudden stop and all four occupants absconded on foot. CBP/OBP agents gave chase and apprehended all subjects. One of the subjects, Victor Daniel HERNANDEZ-Velasquez, was identified as the driver of the vehicle. The three remaining occupants were identified as undocumented aliens from the Republic of Mexico, unlawfully present in the United States.

During post-Miranda interview, HERNANDEZ-Velasquez stated he knew that the subjects he was transporting in the vehicle were undocumented aliens from Mexico. HERNANDEZ-Velasquez stated he had agreed to transport the undocumented aliens from an area near Del Rio, Texas to Rocksprings, Texas.